IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00071-WYD-BNB

HEALTH GRADES, INC.,

    Plaintiff,

v.

MEMORIAL HEALTH SERVICES, INC., a California corporation, d/b/a MEMORIAL CARE MEDICAL CENTERS; and
ORANGE COAST MEMORIAL MEDICAL CENTER, a California corporation,

    Defendants.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Fed.R.Civ.P. 41(a)(1) Voluntary Notice of Dismissal, With Prejudice (filed April 10, 2006).  Plaintiff asserts therein that the parties have resolved their dispute and agree that the matter may be dismissed. After a careful review of the Notice and the file, the Court concludes that dismissal is appropriate pursuant to Rule 41(a)(1), since Defendants have not yet served an answer or filed a motion for summary judgment.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1), each party to pay their own costs and attorney's fees.

    Dated:  April 13, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge